# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# COLUMBUS DIVISION

MARVIN YOUNG, :
:
      Plaintiff, :
VS. :
: NO. 4:18-CV-00040-CDL-MSH
MUSCOGEE COUNTY JAIL :
MEDICAL FACILITY, :
:
      Defendant. :
_____ :

## ORDER

*Pro se* Plaintiff Marvin Young, an inmate most recently confined at the Muscogee County Jail in Columbus, Georgia, filed a Complaint seeking relief pursuant to 42 U.S.C. § 1983 (ECF No. 1). On May 8, 2018, the United States Magistrate Judge ordered Plaintiff to pay an initial partial filing fee and directed Plaintiff to supplement his Complaint. Plaintiff was also directed to inform the Court in writing of any change in his mailing address. Plaintiff was given twenty-one (21) days to comply, and he was warned that failure to comply may result in dismissal by the Court. Order, May 8, 2018, ECF No. 5.

The time for compliance passed without a response from Plaintiff, presumably because the May 8, 2018 Order was returned to the Court as undeliverable (ECF No. 6). Accordingly, the Magistrate Judge ordered Plaintiff to respond and show cause why his lawsuit should not be dismissed for failure to comply with the Court's orders and instructions. Plaintiff was also reminded of his obligation to notify the Court of any change in his mailing address. Plaintiff was given twenty-one days to respond and warned that

failure to respond would result in the dismissal of his Complaint for failure to comply. Order, July 6, 2018, ECF No. 7.

The time for compliance has again passed without a response from Plaintiff, and the Court's July 6, 2018 Order was also returned to the Court as undeliverable (ECF No. 8). Because Plaintiff has failed to comply with the Court's instructions and orders and otherwise failed to diligently prosecute his claims, Plaintiff's Complaint shall be **DISMISSED without prejudice**. *See* Fed. R. Civ. P. 41; *see also Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) (per curiam) ("The court may dismiss an action *sua sponte* under Rule 41(b) for failure to prosecute or failure to obey a court order.") (citing *Lopez v. Aransas Cnty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir.1978)).

**SO ORDERED**, this 6TH day of September, 2018.

s/Clay D. Land
CLAY D. LAND
CHIEF U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA